No. 78–1520. ALABAMA HOSPITAL ASSN. ET AL. *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1526. ABEL ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 78–1538. CALLAHAN ET AL. *v.* KIMBALL ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–1539. KEAUKAHA-PANAEWA COMMUNITY ASSN. ET AL. *v.* HAWAIIAN HOMES COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–1540. GREENWALD *v.* CITY OF NORTH MIAMI BEACH, FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1547. SUN OIL COMPANY OF PENNSYLVANIA *v.* MARSHALL, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied.

No. 78–1551. ETHIER *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–1561. CALLAHAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1567. HOLLEMAN *v.* UNITED STATES;
No. 78–1568. WINDERS *v.* UNITED STATES;
No. 78–1569. EDWARDS *v.* UNITED STATES; and
No. 78–1570. HARRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 591 F. 2d 1340.

No. 78–1571. WOO *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 78–1573. JOHNSON *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.